FILED'11 MAR 21 10:31USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GENERAL PRODUCE CO., LTD.,
a California Limited
Partnership,

                                    Civ. No. 10-3047-CL

          Plaintiff,

     v.                             **ORDER**

PHOENIX FARMERS MARKET, LLC;
and MARTHA M. FORREST,
individually,

          Defendants.

---

**PANNER, District Judge:**

     Magistrate Judge Mark D. Clarke filed a Report and
Recommendation, and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no
objections have been filed, this court reviews the legal
principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d
1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I conclude the report is correct and ADOPT the Report and Recommendation of Magistrate Judge Clarke.

### CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#15) is adopted. Plaintiff's motion for default judgment (#7) is GRANTED. Judgment for plaintiff is entered in the amount of $28,213.86, plus prejudgment interest at the rate of eighteen percent (18%) per annum, interest calculated from the date of entry of judgment pursuant to 28 U.S.C. § 1961, and declaring that defendants have violated the Perishable Agricultural Commodities Act, and awarding plaintiff costs and reasonable attorneys' fees. Magistrate Judge Clarke will submit a Report and Recommendation on the issue of costs and fees.

IT IS SO ORDERED.

DATED this ___18___ day of March, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER