FILED'11 MAY 18 11:53USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GENERAL PRODUCE CO., LTD.,
a California Limited
Partnership,

      Plaintiff,

v.

PHOENIX FARMERS MARKET, LLC;
and MARTHA M. FORREST,
individually,

      Defendants.

Civ. No. 10-3047-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#24), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I conclude the report is correct and ADOPT the Report and Recommendation (#24) of Magistrate Judge Clarke. Plaintiff's motion for attorneys fees (#19) is GRANTED. Plaintiff is entitled to fees in the amount of $2,242.50.

IT IS SO ORDERED.

DATED this 18 day of May, 2011.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER